FINISAR CORPORATION,
Plaintiff–Appellant,

v.

The DIRECTV GROUP, INC., DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC, Hughes Network Systems, Inc., and DirecTV, Inc., Defendants–Appellees.

No. 2009–1410.

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2010.

Charles L. Roberts, Workman Nydegger, of Salt Lake City, UT, argued for plaintiff-appellant. With him on the brief were C.J. Veverka, and David R. Todd.

Gregory A. Castanias, Jones Day, of Washington, DC, argued for defendants-appellees. With him on the brief were Jennifer L. Swize; and Victor G. Savikas, Louis L. Touton and Kevin G. McBride, of Los Angeles, CA.

RADER, PROST, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.